IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOEING NAVARRO, # 44611-069, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-260-WKW |
| | ) | [WO] |
| WALTER WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On March 27, 2018, Plaintiff submitted a document to the court in which he states he does not wish to pursue this *Bivens* civil rights action. (Doc. # 4.) The document is construed as Plaintiff's notice of voluntary dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served a responsive pleading or a motion for summary judgment. Based upon Plaintiff's notice of voluntary dismissal (Doc. # 4), Plaintiff's action against Defendant has been dismissed without prejudice by operation of Rule 41(a)(1).

The Clerk of the Court is DIRECTED to close this case.

DONE this 28th day of March, 2018.

                                                /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE